**Order entered November 7, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01228-CR

**BRANDY MECHELLE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-00510-X**

## ORDER

We **GRANT** court reporter Cherie Williams's November 5, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due by **December 22, 2014**.

The clerk's record has not been filed and is now overdue. We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to court reporter Cherie Williams, the Dallas County District Clerk, and the Dallas County District Clerk, Criminal Records Division.

/s/     LANA MYERS
          JUSTICE